**Glenn HOLT, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. ED 96366.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 28, 2012.

Jo Ann Rotermund, Assistant Public Defender, St. Louis, MO, for appellant.

Robert J. Bartholomew, Jr., Assistant Attorney General, Jefferson City, MO, for respondent.

Before ROBERT G. DOWD, JR., P.J., ROY L. RICHTER, J., and ANGELA T. QUIGLESS, J.

### *ORDER*

PER CURIAM.

Glenn Holt, (Movant) appeals from the motion court's denial of his motion for post-conviction relief filed pursuant to Rule 24.035.[1] Movant contends the motion court erred in finding the State met its burden to prove Movant was a prior and persistent offender.

---

1. All rule references are to the Mo.R.Crim.P.

We have reviewed the briefs of the parties and the record on appeal and conclude the judgment of the motion court was not clearly erroneous. Rule 24.035(k). An extended opinion would have no presidential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Rule 84.16(b) Mo.R.Civ.P.(2012).

---

(2012) unless otherwise indicated.